DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**COREY BERON McCORD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-382

[May 10, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Elizabeth Anne Scherer, Judge; L.T. Case No. 15-14382CF10A.

Dameka L. Davis of Davis Legal Center, Hollywood, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., WARNER and TAYLOR, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***